**Balraj S. SANDHU, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2007–3323.

United States Court of Appeals, Federal Circuit.

April 22, 2008.

Robert Atkins, Law Offices of Robert Atkins, of Berkeley, California, for petitioner.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Martin F. Hockey, Jr., Assistant Director.

Before NEWMAN and SCHALL, Circuit Judges, and ZOBEL, District Judge.*

---

* Honorable Rya W. Zobel, District Judge, United States District Court for the District of Massachusetts, sitting by designation.

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.